UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

         -against-

  Su Zuqi

-------------------------------------------------X

ORDER
FOR ACCEPTANCE OF CASH BAIL

Docket No. 23-663 M

Bail having been fixed by Hon. __Judge James Cho__, in the above entitled action in the amount of $ __50,000__ of which sum $ __50,000__ in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ __50,000__ when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated:  Brooklyn, New York

      7/27/2023

X _____
UNITED STATES MAGISTRATE JUDGE
Judge James Cho

Receipt No. _____
Money Deposited By: _____
address & Telephone _____