# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 28, 2023

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Application granted. SO ORDERED.
November 17, 2023

*Marcia M. Henry*
Marcia M. Henry, U.S.M.J.

Re: *United States v. Su Zuqi*
Criminal Docket No. 23-MJ-663 (RML)

Dear Judge Levy:

Su Zuqi is before this Court on a criminal complaint charging him with attempted obstruction of justice. He first appeared before this Court on July 22, 2023, and was released on July 31, 2023 following the posting of cash bail in the amount of $50,000. ECF No. 8, 9. Mr. Su was placed on various conditions of release, including that he avoid all contact with the Chinese consulate or UN mission to China, have no contact with witnesses, and be subject to location monitoring and home detention. Since his release, Mr. Su has maintained compliance with his release conditions. He stays in frequent contact with defense counsel and has obtained permission to leave home for multiple attorney visits.

Mr. Su now respectfully requests that the court modify his conditions of release to remove his home detention condition and replace it with a curfew condition, with all other release conditions remaining in place. Mr. Su has established a record of compliance over the past two months that shows that a less restrictive release condition (i.e. a curfew) can still reasonably assure his appearance in court. Moreover, Mr. Su must regularly visit his attorney's office in downtown Brooklyn to review discovery and discuss his case. While his current home detention condition permits him to request permission for these outings, a curfew condition would permit undersigned counsel to schedule these meetings with much greater flexibility.

Counsel has discussed this proposed modification with Assistant United States Attorney Alex Solomon, who indicated that the government has no objection to the request. Counsel has also discussed this request with Mr. Su's supervising pretrial services officer, Christian Berzak. Officer Berzak stated that Pretrial Services objects, but may reconsider its position in the future once Mr. Su demonstrates a lengthier record of compliance or has a change in circumstances.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jeffrey S. Dahlberg
Jeffrey S. Dahlberg
Counsel for Zuqi Su
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718-407-7411
jeff_dahlberg@fd.org

cc:    AUSA Gilbert Rein (via ECF)
       USPO Christian Berzak (via email)